# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

| | |
|---|---|
| MELISSA PIMENTEL, | Case No. 2:17-cv-01368-JAD-PAL |
| Plaintiff, | ORDER |
| v. | |
| SMITH'S FOOD & DRUG CENTERS, INC., | |
| Defendant. | |

This matter is before the court on plaintiff's failure to file a Certificate as to Interested Parties as required by LR 7.1-1. The complaint in this matter was filed February 28, 2017 in state court. Defendant filed its answer April 10, 2017, and its certificate of interested parties in state court. This case was removed (ECF No. 1) to federal district court May 12, 2017. LR 7.1-1(a) requires, unless otherwise ordered, that in all cases (except habeas corpus cases) counsel for private parties shall, upon entering a case, identify in the disclosure statement required by Fed. R. Civ. P. 7.1 all persons, associations of persons, firms, partnerships or corporations (including parent corporations) which have a direct, pecuniary interest in the outcome of the case. LR 7.1-1(b) further states that if there are no known interested parties other than those participating in the case, a statement to that effect must be filed. Additionally, LR 7.1-1(c) requires a party to promptly file a supplemental certification upon any change in the information that this rule requires. To date, plaintiff has failed to comply. Accordingly,

**IT IS ORDERED** Plaintiff shall file her certificate of interested parties, which fully complies with LR 7.1-1 **no later than June 16, 2017.** Failure to comply may result in the issuance of an order to show cause why sanctions should not be imposed.

DATED this 2nd day of June, 2017.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE