UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MELISSA PIMENTEL,<br><br>                    Plaintiff,<br>v.<br>SMITH'S FOOD & DRUG CENTERS, INC.,<br><br>                    Defendant. | Case No. 2:17-cv-01368-JAD-PAL<br><br>ORDER |

This matter is before the court on the parties' failure to file a joint status report as required in Order (ECF No. 2) entered May 12, 2017, regarding removal of this case to federal district court. On May 26, 2017, Defendant filed a signed Statement (ECF No. 3) which complied with the court's order that the removing party file a statement providing the information specified. However, the parties have not submitted a joint status report regarding removal as required. Accordingly,

**IT IS ORDERED** that the parties shall file a joint status report **no later than October 3, 2017,** which must:

1. Set for the status of this action, including a list of any pending motions and/or other matters which require the attention of this court.
2. Include a statement by counsel of action required to be taken by this court.
3. Include as attachments copies of any pending motions, responses and replies thereto and/or any other matters requiring the court's attention not previously attached to the notice of removal.

DATED this 19th day of September, 2017.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE